IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 24-cv-01755-CNS

JOHN SUNDLOF and
OLUWATOMISIN OGBEDE,

      Plaintiffs,

v.

NATIONAL VISA CENTER, U.S. Department of State,

      Defendant.

---

## ORDER

Before the Court is Plaintiff's Third Motion for a Court Hearing. ECF No. 15. For the following reasons, the Court DENIES the motion.

### I.  BACKGROUND

Plaintiffs are challenging the allegedly unreasonable delay in processing Plaintiffs' visa petition. ECF No. 1. Plaintiff Sundlof is a United States citizen who filed an I-130 Petition for Alien Relative for his wife, Plaintiff Ogbede. *Id.*, ¶ 2. Plaintiff Ogbede is a national of Nigeria and the United Kingdom. *Id.*, ¶ 8. The petition was approved in March 2023. *Id.* The case was transferred to the National Visa Center, where it is still pending. *Id.*, ¶ 2. The next step will be for a consular officer to interview the noncitizen beneficiary, Plaintiff Ogbede, and adjudicate the visa application. *See* 8 U.S.C. §§ 1201(a)(1), 1202(a)-(b), 1255(a); 22 C.F.R. §§ 40.1(l), 42.61, 42.62.

Plaintiffs filed their complaint on June 26, 2024, alleging that adjudication of the petition has been unreasonably delayed under the Administrative Procedures Act (APA)

§ 555(b) and seek to compel adjudication under the Mandamus Act, 28 U.S.C. § 1361. ECF No. 1. Plaintiffs filed three motions requesting a hearing, which were denied without prejudice as premature. ECF Nos. 6, 11, 12. After filing proof of service, Plaintiffs filed the present motion, and Defendants filed a response. ECF Nos. 15, 17.

## I.  DISCUSSION

Plaintiffs request that the Court set a hearing in this case, arguing that Plaintiff Ogbede is facing "a very serious health scare," Plaintiffs face a loss of consortium, and conditions in Nigeria are dangerous. ECF No. 15. Defendants argue that the Court should deny the motion because (1) there is no pending motion about which the Court could hold a hearing; (2) Defendant's deadline to answer the complaint is not until December 10, 2024; (3) Plaintiffs waited over 100 days after they filed the complaint to serve Defendant; and (4) Plaintiffs do not provide good cause to alter the normal flow of litigation by holding a hearing. The Court agrees.

First, and most important, there is no pending motion for the Court to rule on at a hearing. The usual course of litigation allows defendants to file a motion to dismiss or otherwise respond to the complaint. For the United States, that deadline is 60 days after service, which will be December 10, 2024. Fed. R. Civ. P. 12(2). The Court does not see good cause to alter this timeline. As Defendants note, Plaintiffs do not allege that Plaintiff Sundlof is unable to travel to Nigeria to be with Plaintiff Ogbede, or that conditions in Nigeria are bad for Plaintiff Ogbede in particular, or that Plaintiffs cannot travel to the United Kingdom to avoid these hardships. In sum, although the Court is sympathetic to Plaintiffs' situation, the allegations do not amount to good cause to alter the course of litigation.

## II. CONCLUSION

Consistent with the above analysis, the Court DENIES Plaintiffs' motion for a hearing, ECF No. 15.

DATED this 19th day of November 2024.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge